482 S.E.2d 564

James L. BROWN, Jr., a/k/a James L. Brown, Petitioner,

v.

Dal H. FELKEL and Dal H. Felkel & Associates, Respondents.

No. 24590.

Supreme Court of South Carolina.

Heard Jan. 21, 1997.

Decided March 10, 1997.

E.N. Zeigler, Florence, for petitioner.

Kenneth R. Young, Jr., of Young, Young & Reiter, P.A., of Sumter and Daryl J. Corbin, Florence, for respondents.

PER CURIAM:

We granted certiorari to review the Court of Appeals' decision in *Brown v. Felkel,* 320 S.C. 292, 465 S.E.2d 93 (Ct.App.1995). We dismiss certiorari as improvidently granted.

/s/ Earnest A. Finney, Jr., C.J.

/s/ Jean H. Toal, A.J.

/s/ James E. Moore, A.J.

/s/ John H. Waller, Jr., A.J.

/s/ E.C. Burnett, III, A.J.